# Exhibit B

Exhibit B

## COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                      SUPERIOR COURT DEPT OF THE
TRIAL COURT NO. 2185CV01148

NATALIE CORRIDAN-GREGG,

         Plaintiff,

   v.

AMAZON.COM, INC.,

         Defendants.

## NOTICE OF FILING OF NOTICE OF REMOVAL

The Clerk of Court
Worcester County Superior Court
225 Main Street
Worcester, MA 01608

        <u>PLEASE TAKE NOTICE</u> that, on November 23, 2021, pursuant to 28 U.S.C. §§ 1441, attorneys for Defendant Amazon.com, Inc. filed with the Clerk of the United States District Court for the District of Massachusetts a Notice of Removal in the above-captioned action. Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Removal of this action.

        Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the District of Massachusetts, together with the filing of a copy of the Notice of Removal with this Court, effects the removal of this action, and this Court may proceed no further unless and until the action is remanded.

November 23, 2021                    **AMAZON. COM, INC.**

                                            By their Attorneys,

                                            /s/ *Christopher Kelleher*
                                            Daniel B. Klein
                                            dklein@seyfarth.com
                                            Christopher Kelleher
                                            ckelleher@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            Two Seaport Lane, Suite 1200
                                            Boston, MA 02210
                                            Telephone:  (617) 946-4800
                                            Facsimile:   (617) 946-4801


## **CERTIFICATE OF SERVICE**

    I certify that a true copy of the foregoing Notice of Filing of Notice of Removal, was served by U.S. Mail, postage prepaid, this 23rd day of November, 2021 upon:

                Benjamin C. Rudolf
                Murphy & Rudolf, LLP
                One Mercantile Street, Suite 740
                Worcester, MA 01608

                                            /s/ *Christopher Kelleher*
                                            Christopher Kelleher